UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DERRICK RAY, | |
| Plaintiff, | Case No. 3:19-cv-00116-B |
| v. | Honorable Judge Jane J. Boyle |
| HUNTER WARFIELD, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff, DERRICK RAY, hereby notifies the Court that Plaintiff and Defendant, HUNTER WARFIELD, INC., have reached settlement, and are in process of completing the settlement agreement and filing a stipulation of dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

DATED: April 11, 2019

Respectfully submitted,

**Derrick Ray**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com

1