# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DERRICK RAY,<br><br>    Plaintiff,<br><br>v.<br><br>HUNTER WARFIELD, INC.,<br><br>    Defendant. | Case No. 3:19-cv-00116-B<br><br>Honorable Judge Jane J. Boyle |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal With Prejudice of this Action, with each party to bear its own attorney's fees and costs.

DATED: May 29, 2019

Respectfully submitted,

*/s/ Joseph S. Davidson*

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Derrick Ray*

*/s/ A. Lee Rigby*

A. Lee Rigby
RIGBY SLACK LAWRENCE & COMERFORD PLLC
6836 Austin Center Boulevard
Suite 100
Austin, Texas 78731
+1 512-782-2061
lrigby@rigbyslack.com

*Counsel for Hunter Warfield, Inc.*